■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN LEE, Appellant. [602 NYS2d 138] —Judgment, Supreme Court, New York County (Rose Rubin, J.), rendered May 16, 1991, convicting defendant, after a jury trial, of robbery in the second degree and grand larceny in the fourth degree, and sentencing him, as a second felony offender, to concurrent prison terms of 3 to 6 years on the robbery count and 1½ to 3 years on the grand larceny count, unanimously affirmed.

Defendant bumped his unidentified victim, took money, and fled while another forcibly blocked the victim's pursuit. Upon the appeal of defendant's accomplice *(People v Bennett,* 189 AD2d 706, *lv denied* 81 NY2d 967), we found evidence sufficient to prove guilt of every element of robbery, including force *(see, People v Patton,* 184 AD2d 483), and we so find here, too. Defendant's contention that the court improperly considered a juror's oral question is both unpreserved and meritless, as is his contention that there should have been clarification of the jury instructions with respect to force. The charge, as a

whole, adequately conveyed the proper standard *(see, People v Merriweather,* 175 AD2d 90, *lv denied* 78 NY2d 1013).

We have considered defendant's remaining contention and find it to be without merit. Concur—Sullivan, J. P., Rosenberger, Ross and Asch, JJ.